IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUNE CHA NAROD<br>*Plaintiff*<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>*Defendant* | CIVIL ACTION<br><br>NO. 16-0227 |

# O R D E R

**AND NOW**, this 6th day of October 2017, upon consideration of Plaintiff's *objections to the report and recommendation of the magistrate judge*, [ECF 16], the Report and Recommendation issued on March 11, 2017, by the Honorable Lynne A. Sitarski, United States Magistrate Judge, [ECF 15], and the administrative record, it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;
2. the Report and Recommendation is **APPROVED** and **ADOPTED**;
3. Plaintiff's request for review is **DENIED**;
4. Judgment is entered in favor of Defendant and against Plaintiff; and
5. the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*